# STATE OF MICHIGAN

# COURT OF APPEALS

HALF PIPE, LLC,

      Petitioner-Appellant,

v

TOWNSHIP OF LIVINGSTON,

      Respondent-Appellee.

UNPUBLISHED
April 25, 2017

No. 329197
Michigan Tax Tribunal
LC No. 14-001723-TT

Before: RONAYNE KRAUSE, P.J., and O'CONNELL and METER, JJ.

O'CONNELL, J., (*concurring*).

      I concur in the result only.

                            /s/ Peter D. O'Connell